**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1950**

———————

DAISY EDMUNDSON-SULLIVAN,

             Plaintiff - Appellant,

  versus

VELOCITY EXPRESS-MID ATLANTIC, INCORPORATED,

             Defendant - Appellee,

  and

DEBI BRENNER; MIKE KOSTNERS; CAROLINA KERNS,

             Defendants.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, District Judge. (CA-01-802)

———————

Submitted: March 21, 2003     Decided: June 4, 2003

———————

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Daisy Edmundson-Sullivan, Appellant Pro Se. Dana Trena Buckman, MCGUIREWOODS, L.L.P., McLean, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Daisy Edmundson-Sullivan appeals from the orders of the district court dismissing her claims alleging discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e - 2000e-17 (2000). Edmundson-Sullivan raises several claims of error regarding matters that either were not raised in the district court or involve defendants that are not parties to the case on appeal. Matters raised for the first time on appeal generally will not be considered. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993). Exceptions to this rule are made only in those limited circumstances that would result in unrecognized plain error or a fundamental miscarriage of justice. Id. Neither of these factors is present in Edmundson-Sullivan's claims. Because Edmundson-Sullivan presents no other cognizable claims for review, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED